AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUN 2 2 2023
AT____ O'CLOCK____
John M. Domurad, Clerk - Plattsburgh

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ANDRADE-Suazo, Oscar | )  Case No.   8:23-MJ-340 (GLF) |
| | ) |
| **Defendants.** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of June 17, 2023, in the county of Clinton in the Northern District of New York, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324 (a)(1)(A)(v)(I) | Conspiracy to commit alien smuggling by, knowing and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, the defendants did conspire to transport, move and attempt to transport and move, seven aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_Complainant's signature_
Jared Smith, Border Patrol Agent
_Printed name and title_

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: June 22, 2023

_Judge's signature_

City and State:   Plattsburgh, NY     Hon. Gary L. Favro, U.S. Magistrate Judge

*United States of America v.* **ANDRADE-Suazo, Oscar**

On June 17, 2023, at approximately 3:20 p.m., Champlain Border Patrol Agents became aware of buckeye images showing several subjects loading into a Gray Dodge Ram truck with NY license plates. The subjects loaded into the truck, which had a cap on the bed of the truck, at an intersection in Mooers, NY, that is less than half a mile from the international border with Canada. This area is commonly used by alien traffickers to pick up aliens who have crossed the border unlawfully. Based on past smuggling events in this area, agents responded to commonly used egress routes and were able to locate a vehicle matching the description of the truck at the intersection in Plattsburgh, NY. Agents followed the vehicle on State Route 3 and then followed it onto Interstate 87 southbound. Subsequently, Agents performed a vehicle stop on Interstate 87.

Agents approached the vehicle, identified themselves as United States Border Patrol Agents, and conducted an immigration inspection. From the inspection it was concluded that the driver (Later identified as ANDRADE-Suazo, Oscar) and passenger had travelled to the area to pick up several individuals near the international boundary. Further inspection revealed 7 subjects in the cab of the truck and 5 subjects, including 1 minor child, hiding in the bed of the truck. Except for the passenger, AGUILAR-Lopez, Melissa, who is a Lawfully Admitted Permanent Resident, all of the remaining subjects GUZMAN-Prieto, Jesus Nazario, AGUIRRE-Dimas, Jose, CASTRO-Cruz, Juan, HERNANDEZ-Ramirez, Guillermina, HERNANDEZ-Vazquez, Yuliana, MARTINEZ-Lara, Mauro, POLICARPIO-Esteban, Antonio, POLICARPIO-Hernandez, Josmar, ROMAN-Guillen, Javier, and SANCHEZ-Tamayo, Ximena all stated they were from Mexico, and that they were illegally present in the United States without any documents allowing them to enter or remain in the United States legally. All subjects, including ANDRADE-Suazo, Oscar, were taken into custody and transported to the Champlain Border Patrol Station for further investigation.

Record checks revealed that ANDRADE-Suazo did not have any previous immigration history, but also that he did not possess any immigration documentation to be within the United States legally.

At the Champlain Border Patrol Station, ANDRADE-Suazo was issued *Miranda* warnings by Border Patrol Agent Gerard Ecker and agreed to speak with agents without an attorney.

ANDRADE-Suazo advised Agent Ecker that he was only told to drive up to the area and pick up people. He was in contact with someone who organized everything and who he was in direct communication with. He was told that there were only 2-3 people that were going to South Carolina to work. He stated that he was to be paid $2,000 to drive up and pick up an unknown quantity of people.